PETER F. O'SHAUGHNESSY, as Administrator, etc., of WILLIAM O'SHAUGHNESSY, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover damages for the death of plaintiff's son, a ten-year old boy, who, with four other boys, was hitching on the side of a trolley car and was struck by a safety zone stanchion alongside the rail. The jury rendered a verdict for the plaintiff. From the judgment entered thereon the defendant appeals. Judgment reversed on the facts and a new trial granted, with costs to abide the event, on the ground that the verdict of the jury is against the weight of the evidence, particularly as to the finding of knowledge, implicit in the verdict, on the part of the motorman that the boys were riding on the side of the car and were in a perilous situation or exposed to immediate danger. Lazansky, P. J., Hagarty, Carswell, Adell and Taylor, JJ., concur.

FRANK L. POLK and Others, as Trustees under a Certain Indenture of Trust Created by CLARENCE H. MACKAY, Now Deceased, Dated December 26, 1923, for the Benefit of KATHERINE MACKAY O'BRIEN, Now KATHERINE MACKAY HAWKINS, Plaintiffs, v. KATHERINE MACKAY HAWKINS and Others, Defendants. JOHN WILLIAM MACKAY and JOSEPHINE GWENDOLYN ROSE MACKAY, Appellants; CHARLES WYSONG, Guardian ad Litem for Infants, etc., Designated by Order Dated January 8, 1942, Respondent.— The language used in the opinion of the Special Term in the above matter led this court to believe that the Special Term justice had personally communicated with the nominee, Mr. Zion, who, in his affidavit, stated that the clerk of the court had communicated with him. This court further stated that it was hardly likely that the clerk was mistaken for the court. In fairness to Mr. Zion, it must be said that his statement was in accordance with the fact and that this court's conclusion did him an injustice. The opinion, therefore, has been corrected accordingly. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. [See opinion as corrected, ante, p. 58.]